■ GLOBAL EQUIPMENT COMPANY, a Division of CONTINENTAL DYNAMICS CORPORATION, Appellant, v LONG ISLAND LIGHTING COMPANY, Respondent, et al., Defendant.—Appeal from an order of the Supreme Court at Special Term (Cholakis, J.), entered August 25, 1984 in Albany County, which granted defendant Long Island Lighting Company's motion to dismiss the complaint.

Order affirmed, with costs, upon the opinion of Justice Con. G. Cholakis at Special Term. Kane, J. P., Main, Weiss, Yesawich, Jr., and Harvey, JJ., concur.